# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ULY RAMON HENDERSON

NO. 2020 KW 0282

**MARCH 16, 2020**

---

In Re:     Uly Ramon Henderson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 789790.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**  Relator has an adequate remedy on appeal.

**PMc**
**JEW**


**Holdridge J.**, concurs.  During the jury charge, the judge should instruct the jury that it is the trier of fact and to disregard any perceived inferences that his actions may have caused.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT